**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-6038

---

PAUL NAGY,

Plaintiff - Appellant,

versus

A. F. BEELER, Warden, FMC Butner; BRYAN
HERBEL, Staff Psychiatrist, FMC Butner; ROBERT
COCHRAN, Staff Psychologist, FMC Butner;
MS. CALHOUN, Registered Nurse, FMC Butner;
DR. WALASIN, Physician, FMC Butner,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (CA-04-617-5-FL)

---

Submitted: March 11, 2005          Decided: March 25, 2005

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Paul Nagy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying relief on his <u>Bivens</u>[*] action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Nagy v. Beeler</u>, No. CA-04-617-5-FL (E.D.N.C. filed Nov. 29, 2004; entered Dec. 9, 2004). We deny as moot the motion to expedite consideration of this appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to appoint a special investigator is denied.

<u>DISMISSED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).